**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **_____** | * |
| **Plaintiff,** | |
| | * |
| **v.** | **Case No. _____** |
| | * |
| **_____** | |
| **Defendant.** | * |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the _____

I certify that I am admitted to practice in this Court.

_____          _____
Date                                                                Signature

                                                                    _____
                                                                    Printed name and bar number

                                                                    _____
                                                                    Address

                                                                    _____
                                                                    Email address

                                                                    _____
                                                                    Telephone number

                                                                    _____
                                                                    Fax number