# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Law Offices of Peter Miller, P.A.

                              Plaintiff,

v.                                               Case No.: 1:18–cv–06789
                                                                 Honorable Virginia M. Kendall

Sinclair Broadcast Group, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 22, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Notice of Voluntary Dismissal [39], case is dismissed without prejudice. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.